**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-7196**

————————————

LAWRENCE HUGH SIMMS,

                                   Petitioner - Appellant,

        versus

WARDEN, POWHATAN CORRECTIONAL CENTER,

                                   Respondent - Appellee.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-504-AM)

————————————

Submitted: February 11, 1999        Decided: February 23, 1999

————————————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Lawrence Hugh Simms, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Lawrence Hugh Simms appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Simms v. Warden, No. CA-98-504-AM (E.D. Va. July 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED